UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 18-183 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| KEVIN CASPER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:     Wire Fraud

<u>Date of Detention Hearing</u>:    April 26, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is charged in the Southern District of Texas with two counts of Wire Fraud. Defendant's criminal record includes a previous conviction for ten counts of Wire

DETENTION ORDER
PAGE -1

Fraud in the same District in 2015. The case was transferred to this District in February 2016 for supervision after defendant served his custodial time. In the intervening period, defendant was charged with violating supervised release by failing to make restitution payments, opening new lines of credit, leaving the judicial district without permission, consuming alcohol, and failing to notify the probation officer within 72 hours of arrest or contact with law enforcement. It was shown that defendant had traveled to a number of states without authorization. He was sentenced to six months of imprisonment and 28 months of supervised release, commencing his second term of supervision on January 22, 2018. The instant charges stem from alleged conduct between January 2016 and July 25, 2017, while on supervision. Defendant is associated with multiple alias, date of birth and social security numbers.

2. Defendant poses a risk of nonappearance based on allegations of committing new federal charges while on supervision, a history of noncompliance while on supervision, a history of absconding, a history of leaving the district without authorization, and alcohol use history. Defendant poses a risk of danger based on criminal history including similar offenses, a history of noncompliance while on supervision, and alcohol use history and multiple alcohol-related driving offenses.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 26th day of April, 2018.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3